| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| MIDDLE DISTRICT OF FLORIDA |
| Case number *(if known)* _____   Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Brevard Eye Center, Inc.

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  59-2616886

**4. Debtor's address**

Principal place of business

665 S. Apollo Boulevard
Melbourne, FL 32901
Number, Street, City, State & ZIP Code

Brevard
County

Mailing address, if different from principal place of business

P.O. Box, Number, Street, City, State & ZIP Code

Location of principal assets, if different from principal place of business

Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)  www.medicalcityeye.com

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  **Brevard Eye Center, Inc.**　　　　　　　　　　　　　　　Case number (*if known*)　_____
　　　　　Name

**7. Describe debtor's business**

A. *Check one:*

☒ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply*:

　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
　☐ A plan is being filed with this petition.
　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☒ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____   When _____   Case number _____
District _____   When _____   Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____   Relationship _____
District _____   When _____   Case number, if known _____

Debtor **Brevard Eye Center, Inc.**     Case number (*if known*) _____
    Name

**11. Why is the case filed in *this district?***   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **Brevard Eye Center, Inc.**                                    Case number (*if known*)
        Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 21, 2017**
              MM / DD / YYYY

X **/s/ Dr. Rafael Trespalacios**                              **Dr. Rafael Trespalacios**
  Signature of authorized representative of debtor              Printed name

Title  **President**

**18. Signature of attorney**

X **/s/ Geoffrey S. Aaronson**                                 Date  **March 21, 2017**
  Signature of attorney for debtor                                    MM / DD / YYYY

**Geoffrey S. Aaronson**
Printed name

**Aaronson Schantz Beiley P.A.**
Firm name

**100 S.E. 2nd Avenue, 27th Floor**
**Miami, FL 33131**
Number, Street, City, State & ZIP Code

Contact phone  **786.594.3000**        Email address  **gaaronson@aspalaw.com**

**349623**
Bar number and State

Fill in this information to identify the case:

Debtor name: **Brevard Eye Center, Inc.**

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF FLORIDA**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Amount of claim — Deduction for value of collateral or setoff | Amount of claim — Unsecured claim |
|---|---|---|---|---|---|---|
| American Express PO Box 650448 Dallas, TX 75265-0448 | | Company credit card | | | | $73,700.00 |
| Brighthouse Networks PO Box 30574 Tampa, FL 33630-3574 | | Vendor debt | | | | $14,093.88 |
| Carrie L. Morris M.D. c/o Jill S. Schwartz & Assoc, P.A. 655 W. Morse Blvd. Suite 212 Winter Park, FL 32789 | | Litigation claim | | | | $73,333.36 |
| Central 1 Optical 1013 (PB) 6981 Southern Blvd. Youngstown, OH 44512 | | Vendor debt | | | | $15,558.82 |
| Central 1 Optical 1024 (NC) 6981 Southern Blvd. Youngstown, OH 44512 | | Vendor debt | | | | $39,217.98 |
| Central 1 Optical 1037 (ST) 6981 Southern Blvd. Youngstown, OH 44512 | | Vendor debt | | | | $30,682.76 |
| DE Lage Landen Financial Svc PO Box 41602 Philadelphia, PA 19101 | | Equipment loan on WaveTec & Goldcoast laser ophthalmic equipment | | $60,723.07 | $34,625.00 | $26,098.07 |

Debtor **Brevard Eye Center, Inc.**　　　　　Case number *(if known)*
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Essential Net Solutions**<br>7145 Turner Rd. Suite 102<br>Rockledge, FL 32955 | | **Vendor debt** | | | | $30,565.75 |
| **Health First Health Plans**<br>6450 S. US Hwy. 1<br>Rockledge, FL 32955 | | **Insurance vendor debt** | | | | $63,216.32 |
| **Jennifer Kane**<br>304 Sharon Drive<br>Melbourne, FL 32935 | | **Equipment purchase** | | | | $18,282.00 |
| **Jill Schwartz & Assoc P.A.**<br>655 W. Morse Blvd.<br>Suite 212<br>Winter Park, FL 32789 | | **Litigation claim** | | | | $60,000.00 |
| **McKesson Medical-Surgical**<br>PO Box 933027<br>Atlanta, GA 31193 | | **Vendor debt** | | | | $16,725.95 |
| **Milroy Optical**<br>Milroy Optical Pmt Processing Ctr<br>PO Box 815519<br>Dallas, TX 75381-5519 | | **Vendor debt** | | | | $24,255.22 |
| **Palm Bay Shopping Plaza, LLC**<br>c/o Nightingale Realty, LLC<br>1430 Broadway<br>Suite 1605<br>New York, NY 10018 | | **Past due rent** | **Disputed** | | | $52,642.98 |
| **Relay Health**<br>PO Box 98347<br>Chicago, IL 60693-8347 | | **Vendor debt** | | | | $41,034.28 |
| **Space Coast Business LLC**<br>Attn: Accounting Dept.<br>PO Box 410901<br>Melbourne, FL 32940-0901 | | **Vendor debt** | | | | $18,246.00 |

Debtor **Brevard Eye Center, Inc.**                                                                 Case number *(if known)*
     Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **SummitBridge Natl Investments V LLC**<br>**1700 Lincoln Street**<br>**Suite 2150**<br>**Denver, CO 80203** | | **All personal property of Debtor and Co-Debtors Brevard Surgery Ctr, Inc and Medical City Eye Ctr, P.A.; all real property of Co-Debtor THMIH, Inc.** | **Disputed** | $11,597,316.76 | $5,500,000.00 | $6,097,316.76 |
| **The Eye Group**<br>**22828 Horseshoe Way**<br>**Boca Raton, FL 33428** | | **Vendor debt** | | | | $17,250.00 |
| **Wells Fargo**<br>**Wells Fargo Business Direct**<br>**PO Box 29482**<br>**Phoenix, AZ 85038-8650** | | **Unsecured line of credit** | | | | $78,349.67 |
| **WICKHAM77775, LLC**<br>**4367 SW 134th Avenue**<br>**Fort Lauderdale, FL 33330** | | **Past due rent** | **Disputed** | | | $117,564.91 |

# United States Bankruptcy Court
## Middle District of Florida

In re **Brevard Eye Center, Inc.**  
Debtor(s)

Case No.  
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Dr. Rafael Trespalacios**<br>665 S. Apollo Blvd.<br>Melbourne, FL 32901 | **Class A Common Stock** | 1,000 | 100% ownership |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **March 21, 2017**

Signature **/s/ Dr. Rafael Trespalacios**  
**Dr. Rafael Trespalacios**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  
18 U.S.C. §§ 152 and 3571.

Brevard Eye Center, Inc.
665 S. Apollo Boulevard
Melbourne, FL 32901

Central 1 Optical 1024 (NC)
6981 Southern Blvd.
Youngstown, OH 44512

McKesson Medical-Surgical
PO Box 933027
Atlanta, GA 31193

Geoffrey S. Aaronson
Aaronson Schantz Beiley P.A.
100 S.E. 2nd Avenue, 27th Floor
Miami, FL 33131

Central 1 Optical 1037 (ST)
6981 Southern Blvd.
Youngstown, OH 44512

Medical City Eye Center, P..A.
214 E. Marks Street
Orlando, FL 32803

American Express
PO Box 650448
Dallas, TX 75265-0448

DE Lage Landen Financial Svc
PO Box 41602
Philadelphia, PA 19101

Milroy Optical
Milroy Optical Pmt Processing Ctr
PO Box 815519
Dallas, TX 75381-5519

Brevard County Tax Collector
c/o Lisa Cullen CFC
PO Box 2500
Titusville, FL 32781-2500

Dr. Paul J. Befanis
111 Lansing Island Dr.
Indian Harbor Beach, FL 32937

Palm Bay Shopping Plaza, LLC
c/o Nightingale Realty, LLC
1430 Broadway
Suite 1605
New York, NY 10018

Brevard Surgery Center, Inc.
665 S. Apollo Blvd.
Melbourne, FL 32901

Dr. Rafael Trespalacios
665 S. Apollo Blvd.
Melbourne, FL 32901

Relay Health
PO Box 98347
Chicago, IL 60693-8347

Brighthouse Networks
PO Box 30574
Tampa, FL 33630-3574

Essential Net Solutions
7145 Turner Rd.
Suite 102
Rockledge, FL 32955

Space Coast Business LLC
Attn: Accounting Dept.
PO Box 410901
Melbourne, FL 32940-0901

Carl Zeiss Meditec, Inc.
P.O. Box 100372
Pasadena, CA 91189-0372

Health First Health Plans
6450 S. US Hwy. 1
Rockledge, FL 32955

Steven Black, CEO
665 S. Apollo Blvd.
Melbourne, FL 32901

Carrie L. Morris M.D.
c/o Jill S. Schwartz & Assoc, P.A.
655 W. Morse Blvd.
Suite 212
Winter Park, FL 32789

Jennifer Kane
304 Sharon Drive
Melbourne, FL 32935

SummitBridge Natl Investments V LL
1700 Lincoln Street
Suite 2150
Denver, CO 80203

Central 1 Optical 1013 (PB)
6981 Southern Blvd.
Youngstown, OH 44512

Jill Schwartz & Assoc P.A.
655 W. Morse Blvd.
Suite 212
Winter Park, FL 32789

The Eye Group
22828 Horseshoe Way
Boca Raton, FL 33428

THMIH, Inc.
665 S. Apollo Blvd.
Melbourne, FL 32901


Wells Fargo
Wells Fargo Business Direct
PO Box 29482
Phoenix, AZ 85038-8650


WICKHAM77775, LLC
4367 SW 134th Avenue
Fort Lauderdale, FL 33330


Windstream Communications
PO Box 580451
Charlotte, NC 28258-0451