**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:

BREVARD EYE CENTER, INC.,                    CASE NO.: 6:17-bk-01828
                                             Chapter 11

       Debtor.

_____/

## CHAPTER 11 CASE MANAGEMENT SUMMARY

In compliance with Local Rule 2081-1, the Debtor, BREVARD EYE CENTER, INC.

("BEC" or "Debtor") (collectively with BREVARD SURGERY CENTER, INC. ("BSC"),

MEDICAL CITY EYE CENTER, P.A. ("MCEC"), and THMIH, INC. ("THMIH"), the

"Debtors" or "Proposed Consolidated Debtors"), files this Chapter 11 Case Management

Summary and states:

The following data represents approximations for background information purposes only

and the information represents the Debtors' best estimates in response to the ensuing questions.

The Debtors have filed a cash collateral motion contemporaneously herewith which sets forth a

more detailed background of the Debtors and the facts and circumstances precipitating the filing

of this Chapter 11 case, and such motion is incorporated herein by reference.

1.      **Description of the Debtors' business**: The Debtors own and operate four retail

optometry centers and clinics and a surgical center. The optometry centers/clinics are located in

Melbourne, Merritt Island, Palm Bay, and Orlando, Florida. The surgical center and the

corporate offices are located in Melbourne, Florida. The optometry centers provide full service

eye examinations, clinical services, and prescribe and dispense eyeglasses and contact lenses.

The surgical center provides cataract surgery, corneal transplant surgery, glaucoma treatment and

surgery, and other related eye surgical services.

2.      **Locations of the Debtors' operations and whether leased or owned**:

  a.   Debtor BEC operates retail optometry clinics at the following locations:

    i.   665 S. Apollo Blvd., Melbourne, FL 32901 (owned);

    ii.  250 N. Courtenay Pkwy., Merritt Island, FL 32952 (owned);

    iii. 190 Malabar Rd., Ste #105, Palm Bay, FL 32907 (leased from a third party); and

    iv.  7775 N. Wickham Rd., Melbourne, FL 32940 (leased from a third party).

  b.   Debtor MCEC operates a retail optometry clinic at the following location:

    i.   214 E. Marks St., Orlando, FL 32863 (owned).

  c.   Debtor BSC operates a surgical center at the following location:

    i.   665 S. Apollo Blvd., Melbourne, FL 32901 (owned).

  d.   Debtor THMIH is a holding company for real estate on which certain clinics and the surgical center owned by the other Debtors operate, which real estate is more particularly described as follows:

    i.   214 E. Marks St., Orlando, Florida (Tax Parcel Number 24-22-29-8484-00-210);

    ii.  665 S. Apollo Blvd., Melbourne, Florida (Tax Parcel Number 27-37-34-00-264); and

    iii. 250 N. Courtenay Pkwy., Merritt Island, Florida (Tax Parcel Numbers 24-36-35-00-56).

3.      **Reasons for filing Chapter 11**: In the week prior to the filing of the Debtors' bankruptcy petitions, upon information and belief (because the Debtors received no notice), SummitBridge National Investments V, LLC ("SummitBridge"), a secured lender of the Debtors, sent a Deposit Account Control Agreement ("DACA") notice to Debtors' Bank, Wells Fargo, which resulted in Wells Fargo restricting the Debtors from accessing their own bank accounts,

2

and which also caused Wells Fargo to transfer all of the funds in the Debtors' bank accounts to SummitBridge on March 15, 16, 17, 20, and 21 in the aggregate amount of $266,576.58. Without these funds, which are the Debtors' only cash and which were in excess of the amounts due at the time to SummitBridge, the Debtors were unable to fund payroll for their employees or pay other necessary ordinary expenses.

Additionally, the former CEO of the business was skimming large sums of money from the Debtors' operations and Dr. Trespalacios, the owner and President of all four Proposed Consolidated Debtors, did not discover the situation until 2015, after he had forgone salary for many months. In addition to the embezzlement, Dr. Trespalacios has learned that the former CEO operated the company in an irresponsible and incompetent manner by, *inter alia,* failing to timely pay vendors and other debts.

4. **List of officers, directors and insiders (including relatives of insiders), if applicable, and their salaries and benefits at the time of filing and during the one year prior to filing**:

   a.   Dr. Rafael Trespalacios, owner; Salary of $400,000.00 per year;

   b.   Steven Black, CEO; Salary of $250,000.00 per year.

5. **The Debtors' annual gross revenues**: $11,573,731 (2016 – preliminary).

6. **Amounts owed to various creditors, including current year to date and prior fiscal year: (i) priority creditors such as governmental creditors for taxes, (ii) secured creditors and their respective collateral, and (iii) unsecured creditors**: The following represents only a sampling of the creditors of the Debtors and should not be relied upon by any creditor or interested party concerning the amount of any debt or the validity, extent or priority of any lien. Additionally, the claims of certain listed creditors are disputed, and any reference to such claims herein is not

3

intended to waive any objections the Debtor(s) may have to those claims, or to imply that the claims

listed below are valid as to the reflected amounts owed.

Selected Secured Creditors:

    a.  The Debtors purportedly owe SummitBridge $11,597,316.76 which appears to be secured by all personal property of BEC, BSC and MCEC and real property of THMIH.

    b.  Debtor THMIH owes Marks St, LLC $482,399.83 which is secured by a second mortgage on the real property located at 214 E. Marks Street, Orlando, FL 32803.

    c.  Debtor BEC owes De Lage Landen $60,723.07 for a secured equipment loan.

Selected Priority Creditors:

    a.  Debtor THMIH owes Brevard County Tax Collector unpaid real estate taxes on 665 S. Apollo Blvd., Melbourne, FL of $101,835.28 and 250 N. Courtenay Pkwy, Ste 201, Merritt Island, FL of $60,287.44.

    b.  Debtor THMIH owes Orange County Tax Collector unpaid real estate taxes on 214 E. Marks Street, Orlando, FL 32803 of $76,124.64.

    c.  Debtor MCEC owes Orange County Tax Collector $1,697.61 in unpaid tangible taxes.

    d.  Debtor BSC owes Brevard County Tax Collector $6,335.18 in unpaid intangible taxes.

Selected Unsecured Creditors

    e.  Debtor BEC owes past due rent to WICKHAM77775, LLC in the amount of $117,564.91 and to Palm Bay Shopping Plaza, LLC in the amount of $52,642.98.

    f.  Debtor BEC owed Wells Fargo $78,349.67 on an unsecured line of credit.

    g.  Debtor BEC owes American Express $73,700 in credit card debt.

    h.  Debtor BEC owes Jill Schwartz & Associates, P.A. $60,000.00 and Carrie Morris, M.D. $73,333.36 for litigation claims.

    i.  Debtor BEC owes Health First Health Plans $63,216.32 for past due insurance premiums.

    j.  Debtor BSC owes $450,134.61 to Alcon Laboratories, Inc.

    k.  Debtor BSC owes Capital One Bank $30,000 in credit card debt.

AARONSON SCHANTZ BEILEY P.A. | MIAMI TOWER | 100 SE 2ND STREET, 27TH FLOOR | MIAMI, FLORIDA 33131 | PH 786.594.3000 | FAX 305.424.9336

l.   Each of the Debtors (except THMIH) owe money to various vendors and trade creditors.

7.   **General description and approximate value of Debtors' current and fixed assets**:

a.   BEC: Estimated as of December 31, 2016, per preliminary year-end Balance

Sheet and not as of Petition Date:

 i.   Total current assets of $1,511,630 including, *inter alia*, accounts receivable, inventory, and amounts due from other Debtors; and

 ii.   Total fixed assets of $3,539,478 including, *inter alia,* furniture and fixtures, equipment, and leasehold improvements.

b.   BSC: Estimated as of December 31, 2016, per preliminary year-end Balance

Sheet and not as of Petition Date:

 i.   Total current assets of $591,544 including, *inter alia*, accounts receivable and amounts due from other Debtors; and

 ii.   Total fixed assets of $228,559 including, *inter alia,* equipment.

c.   MCEC: Estimated as of December 31, 2016, per preliminary year-end Balance

Sheet and not as of Petition Date:

 i.   Total current assets of $596,537 including, *inter alia*, accounts receivable inventory, and amounts due from other Debtors; and

 ii.   Total fixed assets of $42,460 including, *inter alia,* equipment.

d.   THMIH: Estimated as of December 31, 2016, per preliminary year-end Balance

Sheet and not as of Petition Date:

 i.   Total current assets of $830,322 including, *inter alia*, amounts due from other Debtors; and

 ii.   Total fixed assets of $4,020,074 including, *inter alia,* three parcels of real estate.

8.   **Number of employees and gross amounts of wages owed as of petition date**: 110

employees; the total amount due to the Debtors' employees in pre-petition wages is $234,103.30.

5

9. **Status of the Debtors' payroll and sales tax obligation, if applicable**: The Debtors were unable to fund payroll and pay their employees for the most recent pay period ending March 12, 2017, which was due to be paid on March 17, 2017.

10. **Anticipated emergency relief to be requested within the first 14 days after the petition date**: The Debtors are seeking emergency relief to use cash collateral, pay employees pre-petition wages, to have requirements pertaining to Debtor in Possession bank accounts waived, and to have requirements for the appointment of a health care ombudsman waived.

11. **The Debtors' strategic objectives, i.e., refinancing, cram down, surrender/sale of assets or business**: The Debtors seek to refinance their obligations with SummitBridge, confirm a Chapter 11 plan, and continue to operate.

Respectfully submitted,

**Aaronson Schantz Beiley P.A.**

/s/ Geoffrey S. Aaronson
Geoffrey S. Aaronson, Esq.
Florida Bar No. 349623
gaaronson@aspalaw.com
Lawrence M. Schantz, Esq.
Florida Bar No. 143910
lschantz@aspalaw.com
Tamara D. McKeown, Esq.
Florida Bar No.: 773247
tmckeown@aspalaw.com
Samuel J. Capuano, Esq.
Florida Bar No. 90946
scapuano@aspalaw.com
Miami Tower
100 SE 2nd Street, Suite 2700
Miami, Florida 33131
Ph: 786.594.3000
Fax: 305.424.9336
*Proposed Attorneys for Debtors*

AARONSON SCHANTZ BEILEY P.A. | MIAMI TOWER | 100 SE 2ND STREET, 27TH FLOOR | MIAMI, FLORIDA 33131 | PH 786.594.3000 | FAX 305.424.9336

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing will be furnished on March 21, 2017 by CM/ECF to all electronic notice parties; on March 21, 2017 to SummitBridge via e-mail c/o its counsel Richard A. Robinson, Esquire at rrobinson@burr.com and to Connor P. Knutson at cknutson@summit-investment.com, and via U.S. Mail on March 22, 2017 to SummitBridge at 1700 Lincoln Street, Suite 2150, Denver, CO 80203; to the United States Trustee on March 21, 2017 via e-mail at USTP.Region21@usdoj.gov; and via U.S. Mail to all parties on the attached Lists of 20 Largest Creditors on March 22, 2017.

/s/ Geoffrey S. Aaronson
Geoffrey S. Aaronson, Esq.

7