**[Dntccnrh]** [District Notice Cancelling or Rescheduling Hearing or Conference (BK)]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:  Case No. 6:17−bk−01828−KSJ
Chapter 11

Brevard Eye Center, Inc.

_____Debtor*_____/

NOTICE OF RESCHEDULED TRIAL

   NOTICE IS GIVEN THAT the trial regarding Renewed Motion to Dismiss or Convert Cases , (Document No. 403) filed by Summitbridge National Investments, originally scheduled for June 20−21, 2018 at 10:00am, has been rescheduled .

The hearing has been rescheduled and will be held on July 25, 2018 at 10:00 AM in Courtroom 6A, 6th Floor, George C. Young Courthouse, 400 West Washington Street, Orlando, FL 32801.

Avoid delays. You are reminded that Local Rule 5073−1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge, a valid Florida Bar identification card, or pro hac vice order. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

Dated: February 28, 2018

FOR THE COURT
Sheryl L. Loesch , Clerk of Court

George C. Young Federal Courthouse
400 West Washington Street
Suite 5100
Orlando, FL 32801

   The Clerk's office is directed to serve a copy of this notice on interested parties.

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.